IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>TED A. LEWIS SR.,<br><br>        Defendant. | **4:11CR3084**<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant unopposed motion to modify conditions of release, (Filing No. 99), is granted.

2) Defendant shall appear at a revocation hearing to commence before the Honorable Richard G. Kopf, Senior United States District Judge, in Courtroom 2, United States Courthouse, Lincoln, Nebraska, at 12:30 p.m. on February 26, 2019.

3) The court's prior order, (Filing No. 95), is hereby modified. Defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing, and the following additional conditions:

    a. Defendant shall not travel outside of the state of Nebraska unless given prior permission to do by his probation officer.

    b. Defendant shall reside with his son in North Platte, Nebraska.

    c. Defendant shall attend a minimum of 2 AA meetings per week and to provide documentation of his attendance to his probation officer.

    d. Defendant shall attend mental health counseling as deemed advisable by his supervising officer.

December 18, 2018.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge